IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**Pro Se Non-Prisoner Complaint Form**

RECEIVED
CLERK, GREENVILLE, SC
2012 DEC 18 A 11: 04

*[Enter the full name of the plaintiff in this action]*

Anjela Mildred Ahaham

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

John Murray,
John Long
John Doe Richard Roe
Greenwood County Sherrifs Office
Index Journal
Greenwood County Magistrate Office.

) Civil Action No.
) _____
) *(to be assigned by Clerk)*

If allowed by statute, do you wish to have a trial by jury? Yes ✓    No ____
*[If any answer requires additional space, please use additional paper and attach hereto.]*

**I. PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____    No ✓

B. If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]

1. Parties to this previous lawsuit:
   Plaintiff: _____
   Defendant(s): _____
2. Court: _____

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

Yes _____   No _____

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: Anjela Mildred Chaham

Address: 115-D Jasmine Ct. Greenwood SC, 29646

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: John Murracy & John Long & John Doe & Richard Roe. Sherrifs Office.

Address: 528 Edgefield Street Greenwood SC, 29649

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above)*:

Judge Ryan Johnson
Index Journal
Greenwood Magistrates Office.

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

On June 23, 2009 I was and arrested and charged by the Greenwood County Sheriff's office officers John Doe and Richard Roe. I was told by these officers that I had an active warrant for my arrest for harboring a fugitive. The warrant was signed by Greenwood County Magistrate Judge Ryan Johnson. My bond was set and I had to pay to get out of jail. There was an article wrote and published in the local paper, "The Index-Journal stating that I had harbored a fugitive. I then had to hire legal counsel to assist me on this charge I was falsely accused of. On October 27, 2009 I received a call from Rahmad Norman in which he was the person I was accused of harboring, stating that my charges for harboring a fugitive had been dropped.. I then stated to Mr. Norman that I did not believe him being I had not heard anything from my lawyer. Mr. Norman then stated my lawyer didn't know anything about the dismissal of the charge and that it was something he had made happen for me not my lawyer. Norman then passed the phone over to John long who confirmed everything Mr.Norman had told me and he also stated I could call the solicitor's office for further proof this charged had been thrown out. I could not get my money back from my lawyer due to charges falsely brought upon me by The Greenwood County Sheriff's office. I was taken through many changes and feel that this is a total violation of several of my civil rights.

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

I would like the court to help me seek justice for my civil rights being violated. I would like the court to look into the facts and find the Greenwood County Sherrifs office in misconduct in office. I would like the court to make the defendants responsible be held accountable for the violation of my civil rights. I would also ask the court and the jury to make the defendants who I feel have violated my civil rights compensate me financially to whatever the court deams proper.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this __12__ day of __December__, 20__12__.

_____Angela M Graham_____
Signature of Plaintiff

I would like the Court to help me seek justice for my civil rights being violated. I would like the court to look into the facts of this case and find the Greenwood County sheriffs office in misconduct in office. I would like the court to make the defendants responsible be held accountable for the violation of my civil rights. I would also ask the court and the jury to make the defendants who I feel have violated my civil rights compensate me financially to whatever the court deems proper.