NOTICE TO COUNSEL - Per Judge G Ross Anderson's Filing Preferences all future documents submitted for filing must contain the attorney's graphical signature instead of the s/typed name. This should be accomplished through the use of a graphical signature inserted on a created document and not a signed signature on a printed document that is subsequently scanned. Pursuant to the Judicial Filing Preference, "All legal memoranda MUST be converted rather than scanned." Please refer to these preferences for all additional pleadings.